Carlton Horace GRAHAM Petitioner,

v.

John ASHCROFT, Attorney
General Respondent.

No. 03–3378.

United States Court of Appeals,
Sixth Circuit.

July 7, 2004.

Candace C. Crouse, Sirkin, Pinales & Schwartz, Firooz T. Namei, McKinney & Namei, Cincinnati, OH, for Petitioner.

Bryan S. Beier, Donald Keener, U.S. Department of Justice, Immigration Litigation, Civil Divison, Washington, DC, for Respondent.

Before SILER and ROGERS, Circuit Judges; and CALDWELL,*District Judge.

ORDER

This cause having come on to be heard upon the record, the briefs and the oral

* The Hon. Karen K. Caldwell, United States District Judge for the Eastern District of Kentucky, sitting by designation.

argument of the parties, and upon due consideration thereof,

It is ORDERED that the judgment of the Board of Immigration be, and it hereby is, AFFIRMED for reasons as stated from the bench.